## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

ANDRE WARE,

        Petitioner

:  No. 231 EAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

ANDRE WARE,

        Petitioner

:  No. 232 EAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.